IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

AROUND THE CLOCK A/C SERVICE,
LLC d/b/a AIR AROUND THE CLOCK

     Plaintiff

v.

AZTIL, INC., a Florida corporation, and
GAYLE LIONELLI, an individual

     Defendants

## VERIFIED COMPLAINT

Plaintiff, Around the Clock A/C Service, LLC, a Florida limited liability company, d/b/a Air Around the Clock, (hereinafter "ATC"), hereby sues Defendants, AZTIL, INC., a Florida corporation d/b/a AZTIL AIR CONDITIONING (hereinafter "AZTIL"), and GAYLE LIONELLI, (hereinafter "LIONELLI"), an individual, and alleges as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction over the claims contained and well plead herein, under the provisions of The Lanham Act Section 43(a), 28 U.S.C. § 1125(a) and the Florida Registrations and Protections of Trademarks Act § 495, Florida Statutes, seeking permanent injunctive relief, profits, and attorneys' fees in connection with Defendants' willful and intentional infringement of ATC's state and common law trademark rights.

2.    This Court has jurisdiction over the federal claims pursuant to 28 U.S.C. § 1331, to decide questions of federal law arising under The Lanham Act.

Around the Clock v. AZTIL
Verified Complaint

3.     This Court has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, for all non-federal claims as they form part of the same case and controversy as the claims arising under The Lanham Act.

4.     Defendant AZTIL is a Florida corporation with its principal place of business in this judicial district.

5.     Defendant LIONELLI is a resident of Florida and this judicial district and is subject to the jurisdiction of this Court.

## VENUE

6.     Venue is proper in this district pursuant to the provisions of 28 U.S.C. § 1391(b)–(c).

7.     Venue is proper under 28 U.S.C. § 1391(c), as the Defendants conducted business within this judicial district, and the acts and transactions that constitute the violations of law, occurred in this judicial district.

8.     Upon information and belief, Defendant LIONELLI is a resident of Florida and this judicial district.

9.     Upon information and belief, Defendant LIONELLI is subject to the personal jurisdiction of this Court.

10.     Upon information and belief, Defendant AZTIL is subject to the personal jurisdiction of this Court.

## PARTIES

11.     Plaintiff ATC is, and was at all times relevant hereto, a limited liability company organized and existing under the laws of the State of Florida, having a principal place of business

Around the Clock v. AZTIL
Verified Complaint

in Broward County, Florida with a physical location at 11840 Northwest 41st Street, Coral Springs, Florida 33065.

12.     Defendant AZTIL is, and was at all times relevant hereto, a corporation organized and existing under the laws of the State of Florida, having a principal place of business in Palm Beach County with a physical location at 2540 South Military Trail, West Palm Beach, Florida 33415.

13.     Upon information and belief, Defendant LIONELLI is the President, Vice President, and Treasurer of Defendant AZTIL.

14.     Upon information and belief, Defendant LIONELLI is a Florida resident who resides in Palm Beach County, Florida.

## FACTS

15.     Plaintiff ATC was founded in 1988 and has grown to be the largest air conditioning and heating contractor in South Florida, and one of the largest in the nation, providing consumers with air conditioning, cooling, and HVAC repair, service and maintenance programs.

16.     In 2007, 2008, and 2009 ATC received national recognition when it was named first among all of the Rheem Team Top 10 Contractors nationwide.   The year 2007 was the first time a Rheem Team contractor debuted in first place, and ATC was selected from hundreds of contractors nationwide for this honor.   In 2008 and 2009, ATC was recognized as the number one contractor in the nation for Outstanding Sales and Service by Rheem.

17.     Exclusively since at least 1988, ATC has used the AIR AROUND THE CLOCK trademark in commerce for repair, maintenance and installation of air conditioning appliances; retail store services featuring air conditioning appliances and parts and has owned AIR AROUND

Around the Clock v. AZTIL
Verified Complaint

THE CLOCK as Florida registered trademark no. T08000000131 ("'131 mark") since February 6, 2008 (**Exhibit A**).

18.     ATC has used its now famous and distinctive clock-face logo and name in commerce since at least 1988, and since June 12, 1998 has held Florida trademark registration no. T98000000693 ("'693 mark") for its clock-face logo (**Exhibit B**).

19.     Since January 2, 2009, ATC has been using the slogan "YOUR WIFE IS HOT" in commerce and in conjunction with both of its other trademarks. ATC expended significant time, effort, and money in promoting its services using these marks, with the majority of the effort being made through the use of highway billboard advertising. ATC, and its marks, and this ad campaign have received significant media attention, both local and national (**Exhibit C**).

20.     On August 28, 2009, ATC registered YOUR WIFE IS HOT as a Florida trademark for air conditioning repair and service, appliance repair and service and received registration number T09000000905 ("'905 mark") **Exhibit D**).

21.     ATC has invested and spent hundreds of thousands of dollars to advertise and promote its services sold under the three ATC trademarks. As a result of such advertising and promotion, the ATC marks have become widely recognized, accepted, and respected by the consuming public and in the trade. As a further result of such advertising, the three ATC trademarks have become well known as identifying services emanating only from ATC and symbolize its extremely valuable goodwill as evidenced by sales in excess of 22 million dollars.

Around the Clock v. AZTIL
Verified Complaint

22.     On April 9, 2010, Defendant AZTIL, under the direction of Defendant Lionelli, began an advertising campaign, a section of which includes the slogan "WHEN IT'S SIZZLING HOT AZTIL'S SERVICE IS ALL YEAR LONG & ***AROUND THE CLOCK***" (emphasis added) (hereinafter the "AROUND THE CLOCK" advertisement) (**Exhibit E**).

23.     The AROUND THE CLOCK advertisement imitates Plaintiff's highway advertising colors and color arrangement, particularly the highway billboard advertising.

24.     The placement of the AROUND THE CLOCK slogan, using the ATC billboard colors and color scheme, immediately adjacent to a picture of an 18 wheel truck on a highway, creates a visual impression of highway advertising.

## COUNT I
## FEDERAL UNFAIR COMPETITION 15 U.S.C. § 1125(a)(1)

25.     The Plaintiff readopts and realleges each and every allegation contained in paragraphs 1 - 24 of the Complaint as if fully set forth below, and further states:

26.     Defendants' use in commerce of the AROUND THE CLOCK slogan is likely to cause confusion, mistake, and to deceive consumers as to the origin of the services being advertised.

## COUNT II
## TRADEMARK INFRINGEMENT UNDER FLORIDA STATUTE § 495.131

27.     The Plaintiff readopts and realleges each and every allegation contained in paragraphs 1 - 26 of the Complaint as if fully set forth below, and further states:

28.     Defendants' use of ATC's trademark was without consent.

Around the Clock v. AZTIL
Verified Complaint

29.    Defendants' acts and use of ATC's trademark complained of herein are likely to cause confusion and mistake, and to deceive consumers and thereby constitute an infringement of ATC's trademarks in violation of Fla. Stat. §495.131.

30.    Defendants' acts were committed with the knowledge that such acts would cause confusion and mistake and would deceive consumers.

31.    By reason of the Defendants' acts alleged herein, ATC has suffered, and unless Defendants are restrained from continuing their unlawful acts, will continue to suffer serious and irreparable harm.

## COUNT III
## COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

32.    The Plaintiff readopts and realleges each and every allegation contained in paragraphs 1 - 31 of the Complaint as if fully set forth below, and further states:

33.    Defendants have violated and infringed ATC's common law rights in the distinctive mark AIR AROUND THE CLOCK and have otherwise unfairly competed with ATC in violation of the common law of the State of Florida.

34.    Defendants' use of the AIR AROUND THE CLOCK mark has caused, and will continue to cause, a likelihood of confusion among the public, that Defendants' services are affiliated with, associated with, or otherwise approved by ATC.

35.    As a result of Defendants' infringing activities, Defendants have been and are currently being unjustly enriched by their wrongful misappropriation of ATC's trademark.

36.    Defendants' acts complained of herein constitute trademark infringement and unfair competition under the common law of Florida.

00337.58

Around the Clock v. AZTIL
Verified Complaint

37.     By reason of Defendants' acts alleged herein, ATC has suffered and, unless Defendants are restrained from continuing their unlawful acts, will continue to suffer serious and irreparable harm.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff ATC respectfully requests that the Court enter judgment against Defendants as follows:

1.      Permanently enjoining and restraining Defendants, their servants, agents, employees and successors, and all other persons in active concert or participation with them, or any of their successors, from the following acts:

    a.      Using, in the advertisement or promotion of their business, any of the ATC marks or a colorable imitation thereof and to cease and desist from all use of the slogan AROUND THE CLOCK;

    b.      immediately remove and destroy all advertising and other public uses of the slogan AROUND THE CLOCK;

2.      Adjudging Defendants to have willfully infringed ATC's marks and engaged in unfair methods of competition.

3.      Requiring Defendants to account for and pay over to ATC all profits wrongfully derived by Defendants as a result of their willful and infringing activities and unfair business practices, including attorneys' fees;

4.      Ordering Defendants to deliver up for destruction all labels, signs, insignia, brochures, and other written or recorded material or advertisement in their possession or control that contains the infringing material or colorable imitation thereof.

Around the Clock v. AZTIL
Verified Complaint

5.     Requiring Defendants to file with this Court and serve on ATC, within thirty (30) days from the entry of any injunction, a report in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the terms of the injunction; and

6.     Awarding ATC such other and further relief as this Honorable Court deems just, proper, necessary and appropriate.

## BENCH TRAIL DEMAND

Plaintiff hereby demands a trial by the court of all issues.

Dated: April 13, 2010
       Coral Springs, Florida

Respectfully submitted,

MIRIAM RICHTER, ATTORNEY AT LAW, P.L.


/s/ Miriam Richter, Esq.
MIRIAM RICHTER, ESQ.
FLORIDA BAR NO. 44831
3389 SHERIDAN STREET, # 103
HOLLYWOOD, FLORIDA 33021
TELEPHONE:   954.240.8819
FACSIMILE:   954.961.3585
E-MAIL:       MRicIPAtty@aol.com

and

ADAM I. SKOLNIK, P.A.


/s/ Adam I. Skolnik
ADAM I. SKOLNIK, ESQ.
FLORIDA BAR NO. 728081
P.O. BOX 670583
CORAL SPRINGS, FLORIDA 33067
TELEPHONE:   561.265.1120
FACSIMILE:   561.265.1828
E-MAIL:       adamskolnikesq@aol.com

**PLAINTIFF'S VERIFICATION**

STATE OF FLORIDA      )
                                )

COUNTY OF BROWARD  )

ERIC PEREIRA, a Managing Member of AROUND THE CLOCK A/C SERVICE, LLC

d/b/a AIR AROUND THE CLOCK being duly sworn, deposes and says:

I am a Managing Member of AROUND THE CLOCK A/C SERVICE, LLC d/b/a AIR

AROUND THE CLOCK and have read the Complaint that this is attached to and hereby verify

that all of the allegations complained of in the Plaintiffs Complaint are true and correct and of

my own personal knowledge.

                                         Eric Pereira, Managing Member
                                         FLA Driver # P660 218 64 3480

I HEREBY CERTIFY that ERIC PEREIRA, in his capacity as a Managing Member of

AROUND THE CLOCK A/C SERVICE, LLC d/b/a AIR AROUND THE CLOCK, appeared and

subscribed before me that all of the facts contained in the herein Verified Complaint are true to the

best of his belief and knowledge.

SWORN AND SUBSCRIBED before me this **13**th day of **April, 2010**.

                                         Notary Public – State of Florida

Notary Public State of Florida
Angela Alu
My Commission DD891995
Expires 05/21/2019

Printed Name or Stamp of Notary Public

00337.58