LAW OFFICE
## RICHARD S. ROSS, ESQ.
ATRIUM CENTRE
4801 SOUTH UNIVERSITY DRIVE
SUITE 307
FT. LAUDERDALE, FLORIDA 33328
(954) 252-9110

RICHARD S. ROSS

MEMBER OF
FLORIDA BAR & FEDERAL BAR
REGISTERED PATENT ATTORNEY

FACSIMILE
(954) 252-9192

DADE
(305) 948-3322

May 29, 1998

Secretary of State
TRADEMARK SECTION
Division of Corporations
P.O. Box 6327
Tallahassee, Florida 32314

9000025241869---1
-06/01/98--01033--005
****175.00  ****175.00

RE:   STATE OF FLORIDA SERVICE MARK APPLICATION:
      MARK: AIR AROUND THE CLOCK A/C & APPLIANCE SERVICE ATC and
            DESIGN

Dear Sir:

Enclosed please find:

1)   An original state of Florida service mark application for the referenced mark;
2)   Specimens of use for each service claimed, and;
3)   A filing fee of $175.00 for two classes.

Please prosecute this application to registration.

If you have any questions, please do not hesitate to call.

Sincerely,

RICHARD S. ROSS, ESQ.

(Application is front/Back)

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
98 JUN 12 AM 9: 39

RSR/me
Enclosures

| Name Availability | |
|---|---|
| Document Examiner | |
| Updater | DCC |
| Updater Verifyer | DCC |
| Acknowledgement | DCC |
| N. P. Verifyer | |



**FLORIDA DEPARTMENT OF STATE**
Sandra B. Mortham
Secretary of State

June 3, 1998

RICHARD S. ROSS, ESQUIRE
ATRIUM CENTRE
4801 SOUTH UNIVERSITY DRIVE, SUITE 307
FT LAUDERDALE, FL 33328

SUBJECT: AIR AROUND THE CLOCK A/C APPLIANCE SERVICE ATC AND DESIGN OF CLOCK FACE WITH LETTERS "ATC" APPEARING ON FACE IN DIAGONAL CONFIGURATION WITH OTHER TERMS AROUND THE CLOCK FACE
Ref. Number: W98000012653

We have received your document for AIR AROUND THE CLOCK A/C APPLIANCE SERVICE ATC AND DESIGN OF CLOCK FACE WITH LETTERS "ATC" APPEARING ON FACE IN DIAGONAL CONFIGURATION WITH OTHER TERMS AROUND THE CLOCK FACE and your check(s) totaling $175.00. However, the enclosed document has not been filed and is being returned for the following correction(s):

In Part II(1) a & b we need a month, a day, and a year for the date the mark was first used anywhere and for the date it was first used in Florida.

Your mark contains word(s)/design(s) that must have a disclaimer. All geographical terms, such as cities, states, countries, and designs of same, must be disclaimed. Some commonly used words and corporate suffixes must also be disclaimed. You must disclaim the following term(s) by completing the disclaimer statement found in #2 of Part III of the application: A/C, APPLIANCES, SERVICE

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 487-6913.

Diane Cushing
Corporate Specialist                                    Letter Number: 098A00031203

Florida Department of State, Sandra B. Mortham, Secretary of State

# APPLICATION FOR THE REGISTRATION OF A TRADEMARK OR SERVICE MARK
PURSUANT TO CHAPTER 495, FLORIDA STATUTES

TO: Division of Corporations
Post Office Box 6327
Tallahassee, FL 32314

Name & address to whom acknowledgement should be sent:

Richard S. Ross, Esq.

4801 S. University Dr., #3070

Ft. Lauderdale, Florida  33328

( 954 ) 252-9110
Daytime Telephone number

## PART I

1. (a) Applicant's name: _Air Around the Clock A/C Service, Inc._

   (b) Applicant's business address: _5337 Nob Hill Road_

   _Sunrise, Florida  33351_
   City/State/Zip

   (c) Applicant's telephone number: ( 954 ) 742-5544

   ☐ Individual   ☒ Corporation   ☐ Joint Venture   ☐ Other: _____
   ☐ General Partnership   ☐ Limited Partnership   ☐ Union

   If other than an individual,
   (1) Florida registration number: _K17787_     (2) Domicile State: _Florida_
   (3) Federal Employer Identification Number: _65-0038022_

2. (a) If the mark to be registered is a service mark, the services in connection with which the mark is used:
   (i.e., furniture moving services, diaper services, house painting services, etc.)

   _Repair and Service of Air Conditioning Appliances in IC 36;_

   _Retail Store Services Featuring Air Conditioning Appliances and Parts Therefor_

   _in IC 42_

   (b) If the mark to be registered is a trademark, the goods in connection with which the mark is used:
   (i.e., ladies sportswear, cat food, barbecue grills, shoe laces, etc.)

   _____

   _____

   (c) The mode or manner in which the mark is used:(i.e., labels, decals, newspaper advertisements, brochures, etc.)

   _Advertisements, Business Cards, Letterhead_

   _____

(Continued)

CR2E014(1/95)

[Stamp: FILED 98 JUN 12 AM 9:39 SECRETARY OF STATE DIVISION OF CORPORATIONS]

(d) The class(e) in which goods or services fall:

36; 42

## PART II

1. Date first used by the applicant, predecessor, or a related company (must include month, day and year):
(a) Date first used anywhere: At least as early as 12/31/1988
(b) Date first used in Florida: At least as early as 12/31/1988

## PART III

1. The mark to be registered is: (If logo/design is included, please give brief written description which must be 25 words or less.)

AIR AROUND THE CLOCK A/C & APPLIANCE SERVICE ATC and DESIGN (CONSISTING OF CLOCK FACE WITH LETTERS "ATC" APPEARING ON FACE IN DIAGONAL CONFIGURATION WITH OTHER TERMS RINGING THE CLOCK FACE).

2. DISCLAIMER (if applicable)
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM " A/C APPLIANCE SERVICE " APART FROM THE MARK AS SHOWN.

I, Eric Pereira, being sworn, depose and say that I am the owner and the applicant herein, or that I am authorized to sign on behalf of the owner and applicant herein, and no other person except a related company has the right to use such mark in Florida either in the identical form or in such near resemblance as to be likely to deceive or confuse or to be mistaken therefor. I make this affidavit and verification on my/the applicant's behalf. I further acknowledge that I have read the application and know the contents thereof and that the facts stated herein are true and correct.

Air Around the Clock A/C Service, Inc.
Typed or printed name of applicant

[signature] President
Applicant's signature or authorized person's signature
(List name and title) Eric Pereira, President

STATE OF Florida

COUNTY OF Broward

On this 27 day of May, 19 98, Eric Pereira personally appeared before me,
☒ who is personally known to me
☐ whose identity I proved on the basis of _____

[signature]
Notary Public Signature

IRENE BLUCHER
Notary's Printed Name

Seal       My Commission Expires: _____

**FEE: $87.50 per class**



**Air Conditioning
Refrigeration
Major Appliance**

SALES • SERVICE
Commercial - Residential

5337 NOB HILL ROAD
SUNRISE, FLORIDA 33351

BROWARD 741-1033
BOCA 395-7799