# T1800000693

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

**Special Instructions to Filing Officer:**

855/6369/~~304~~/
6260

Office Use Only



000113023460

12/12/07--01017--004    **175.00

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
08 FEB -8 PH 3:35

Corp convt.
to LLC L07-1213
12/5/
Will require
NC form per BOT

## RENEWAL

T98-693

B. Tedlock  FEB 1 2 2008

# COVER LETTER

TO: Registration Section
Division of Corporations

SUBJECT: AIR AROUND THE CLOCK A/C & APPLIANCE SERVICE AND DESIGN
(Name of Mark Registered)

Dear Sir or Madam:

The enclosed Mark Renewal Application, specimen and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

**RICHARD S. ROSS, ESQ.**
(Name of Person)

(Firm/Company)

**4801 SOUTH UNIVERSITY DRIVE, SUITE 237**
(Address)

**FT. LAUDERDALE, FLORIDA 33328**
(City/State and Zip Code)

For further information concerning this matter, please call:

**RICHARD S. ROSS, ESQ.** at ( **954** ) **252-9110**
(Name of Person)            (Area Code & Daytime Telephone Number)

**STREET/COURIER ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, Florida 32301

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, Florida 32314

**FILING FEE: $87.50 per class**
**CERTIFICATE OF RENEWAL: $ 8.75 (OPTIONAL)**

(**NOTE**: The information contained in this cover letter will be included in the permanent record and will be available to the general public.)

CR2E005 (1/07)



# FLORIDA DEPARTMENT OF STATE
Division of Corporations

December 20, 2007

RICHARD S. ROSS, ESQ.
4801 S. UNIVERSITY DR., SUITE 237
FT. LAUDERDALE, FL 33328

*Sending acknowledgment*
*N/C amend.*

SUBJECT: AIR AROUND THE CLOCK A/C APPLIANCE SERVICE ATC AND DESIGN OF CLOCK FACE WITH LETTERS "ATC" APPEARING ON FACE IN DIAGONAL CONFIGURATION WITH OTHER TERMS AROUND THE CLOCK FACE
Ref. Number: T98000000693

We have received your document for AIR AROUND THE CLOCK A/C APPLIANCE SERVICE ATC AND DESIGN OF CLOCK FACE WITH LETTERS "ATC" APPEARING ON FACE IN DIAGONAL CONFIGURATION WITH OTHER TERMS AROUND THE CLOCK FACE and your check(s) totaling $175.00. However, the document has not been filed and is being retained in this office for the following:

Section 495.081(3), F.S., requires an owner of a mark to file a Certificate of Change of Name in order to reflect their new name on a trademark/service mark registration. The fee to file a Certificate of Change of Name is $50. A Certificate of Registration reflecting the owner's new name will be issued free of charge. A certified copy is an additional $52.50. We are enclosing the appropriate form and instructions.

Pursuant to s. 495.035(5), F.S., this application will be considered abandoned if the applicant fails to reply or resubmit the corrected/amended application within three months from date of this letter.

If you have any questions concerning the filing of your document, please call (850) 245-6911.

Brenda Tadlock
Senior Section Administrator

Letter Number: 907A00071039

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

# MARK RENEWAL APPLICATION

Name and Mailing Address of Owner:

AROUND THE CLOCK A/C SERVICE, LLC
11840 NW 41 STREET
CORAL SPRINGS, FL 33065

L07-121300

Return To: Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

1) Mark Registered: AIR AROUND THE CLOCK A/C & APPLIANCE SERVICE AND DESIGN

2) Registration Number: T98000000693

3) Date Filed: JUNE 12, 1998   4.) Renewal Date: JUNE 12, 2008   5.) Class(es) Filed: 37, 42

6) Renewal statement pursuant to section 495.071, Florida Statues. Below you must state the mark is still in use in Florida or state the reason for its nonuse is not due to any intention to abandon the mark.

**THE MARK IS STILL IN USE IN FLORIDA.**

7) If the mark is still in use, a specimen showing actual use of the mark is included with this application.

8) If applicant is a business entity, enter the state of incorporation/formation/organization: FLORIDA

AROUND THE CLOCK A/C SERVICE, LLC
Typed or Printed Name of Owner

Owner's Signature of Authorized Person's Signature

STATE OF FLORIDA

COUNTY OF BROWARD

On this 8th day of Nov., 2008 Michael Lang personally appeared before me,

☑ who is personally known to me    ☐ whose identity I proved on the basis of ____N/A____

(Seal)

NANCY GRAEF
Commission DD 668630
Expires August 21, 2011
Bonded Thru Troy Fain Insurance 800-385-7019

Notary Public's Signature

NANCY GRAEF
Notary Public's Printed Name

Fee: $87.50 Per Class
Certificate of Renewal : $8.75 (Optional)

CR2E005 (1/07)

MIKE LANG
Operations Manager

*Air Around the Clock*

AIR CONDITIONING &
APPLIANCE SERVICE

SALES - SERVICE



11840 NW 41st Street
Coral Springs, FL 33065
www.atcair.com

mikel@atcair.com
Broward (954) 742-5544
Boca (561) 395-7799