# T980000000693

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



100116777951

02/08/08--01003--014  **50.00

08 FEB -8 PM 3:03
SECRETARY OF STATE
DIVISION OF CORPORATIONS

B. Tadlock  FEB 12 2008

LAW OFFICE
## RICHARD S. ROSS, ESQ.
ATRIUM CENTRE
4801 SOUTH UNIVERSITY DRIVE
SUITE 237
FORT LAUDERDALE, FLORIDA 33328

RICHARD S. ROSS

MEMBER OF
FLORIDA BAR & FEDERAL BAR
REGISTERED PATENT ATTORNEY

February 4, 2008

TELEPHONE
(954) 252-9110

FACSIMILE
(954) 252-9192

Secretary of State
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, Florida 32301

**RE:   YOUR LETTER DATED DECEMBER 20, 2007**
**REF. NO.: T98000000693**

Dear Sir:

In accordance with your letter dated December 20, 2007, enclosed please find:

1)   Your letter dated December 20, 2007;
2)   An original Certificate of Change of Name of the Registrant of the referenced Florida service mark;
3)   A filing fee of $50.00.

Accordingly, please prosecute the pending application to renew the referenced registration. If you have any questions, please do not hesitate to call.

Sincerely,

RICHARD S. ROSS, ESQ.

RSR/me
Enclosures

## COVER LETTER

**TO:** Registration Section
Division of Corporations

SUBJECT: <u>AIR AROUND THE CLOCK A/C & APPLIANCE SERVICE AND DESIGN</u>
(Name of Mark)

The enclosed Certificate of Change of Name of the Registrant or Applicant of a Florida Trademark and/or Service Mark Registration and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to:

**RICHARD S. ROSS, ESQ.**
(Contact Person)

_____
(Firm/Company)

**4801 SOUTH UNIVERSITY DRIVE, SUITE 237**
(Address)

**FT. LAUDERDALE, FLORIDA 33328**
(City, State and Zip Code)

For further information concerning this matter, please call:

**RICHARD S. ROSS, ESQ.** at ( **954** ) **252-9110**
(Name of Contact Person)     (Area Code and Daytime Telephone Number)

Enclosed is a check for the following amount:

[✓] $50 Filing Fee and Certificate of Registration (Free of Charge)

[ ] $102.50 Filing Fee, Certified Copy, and Certificate of Registration (Free of Charge)

| STREET ADDRESS: | MAILING ADDRESS: |
|---|---|
| Registration Section | Registration Section |
| Division of Corporations | Division of Corporations |
| Clifton Building | P. O. Box 6327 |
| 2661 Executive Center Circle | Tallahassee, FL 32314 |
| Tallahassee, FL 32301 | |

CR2E121 (1/07)

# CERTIFICATE OF CHANGE OF NAME
## OF THE REGISTRANT OR APPLICANT OF A
## FLORIDA TRADEMARK AND/OR SERVICE MARK REGISTRATION

Pursuant to s. 495.081(3), Florida Statutes, the undersigned hereby submits this certificate to change the name of the registrant or applicant of the following Florida trademark and/or service mark registration:

1. Name of Mark: **AIR AROUND THE CLOCK A/C & APPLIANCE SERVICE AND DESIGN**

2. Registration Number: **T98000000693**

3. Date of Registration: **JUNE 12, 1998**

4. a. Name of owner as it appears on the trademark/service mark registration:

   **AROUND THE CLOCK A/C SERVICE, INC.**

   b. Address of owner as it appears on the trademark/service mark registration:

   **5337 NOB HILL ROAD**

   **SUNRISE, FL 33351**

5. a. New name of owner:

   **AROUND THE CLOCK A/C SERVICE, LLC**   L07-121300

   b. New mailing address, if applicable:

   **11840 NW 41 STREET**

   **CORAL SPRINGS, FL 33065**

Page 1 of 2

**SIGNATURE:**

Owner's Signature: _____

Typed/Printed Name of Person Signing: __ERIC PEREIRA__

STATE OF __FLORIDA__

COUNTY OF __BROWARD__

On this __30__ day of __January__, 20__08__.

__ERIC PEREIRA__
(Enter Name of Person Signing Above)

Personally appeared before me, ☒ who is personally known to me or ☒ whose identity I

proved on the basis of _____.

(Seal)

_____
Notary Public's Signature

____Claire D Lokien____
Notary Public's Printed Name

My Commission Expires: _____

(Attach additional sheet if necessary)

Notary Public State of Florida
Claire D Lokietz
My Commission DD393401
Expires 02/06/2009

**Filing fee:** $50.00
**Certificate of Registration:** Issued Free of Charge
**Certified Copy (optional):** $52.50

Page 2 of 2