SUN SENTINEL • SUNSENTINEL.COM • FRIDAY, APRIL 9, 2010 • 5B

Rheem | Trane

# Aztil Air Conditioning

### After Hours — "The Elite Team"

Family Owned & Operated
Serving South Florida
For More Than 27 Years

**433.2197**
Installations
Maintenance Contracts
Appliances
Duct Cleaning

**TRUCKLOADS OF INVENTORY!**

FEDERAL STIMULUS PACKAGE WILL PAY UP TO 30% OF THE PURCHASE PRICE!

**When it's Sizzling Hot Aztil's Service is All Year Long & Around The Clock**

**Rheem 19.5 Seer** — Rheem Recognized Top Contractor

**Trane XL20i** — GO GREEN! COOL COMFORTABLE • RELIABLE • CREDIBILITY • FAMILY OWNED

**SPECIAL! High Seer**
- Tax Credit up to $1,500
- Factory Rebate up to $1,000
- Utility Rebate up to $1,930
- FREE U.V. Light Value $800
- Free Duct Cleaning up to 12 Vents Value $199

**TOTAL SAVINGS $5,429**

- 7 DAYS A WEEK • NO OVERTIME CHARGES
- NO EXTRA CHARGES ON WEEKENDS
- SUNDAY APPOINTMENTS
- TUNE-UP • SERVICE CALLS • FREE ESTIMATES
- WE CATER TO YOUR SCHEDULE! 90 MINUTES OR LESS!
- MAINTENANCE AGREEMENT

**DUCT CLEANING SPECIAL** up to 10 vents — **$199.00**

### TUNE-UP SPECIAL
- Calibrate Thermostat for Maximum Accuracy • Lubricate fan Motors
- Check Air Temp Differential • Diagnose Power Consumption
- Install New Filter/Replace and Clean (for proper air flow)
- Electronically Measure Amperage on all Motors and Compressor
- Clean and Remove any Debris from Condesor Coil (Better Heat Transfer)
- Check All Electrical Connections for Loose or Burned Wires, Tighten All Caps
- Adjust and Balance all Registers throughout the House
- Monitor Refrigerant Level, Add up to 1 lb. of Freon
- Check Heating Elements • Run Heat Cycle & System Analysis
- Secure Fan Blades/Check Relays and Contactors
- Evaluate and Inspect Duct Work for Mold and Leaks
- Completely Seal Unit Airtight • Replace Screws if Missing
- Complete Compressor Diagnosis
- Check Disconnect Box, Check Fuse Cartridge
- Clean Evaporator Drain Line, Remove All Sludge & Debris
- Vacuum Drain Pan • Add Algae Tablets

**For Only $19.00 With Coupon**

- Tax Credit up to **$1,500.00**
- Factory Rebate up to **$1,000.00**
- FPL Rebate up to **$1,930.00**

**Free Service Call With Repair**

## 24 HOUR EMERGENCY

SAME DAY SERVICE • SAME DAY INSTALLS
SERVING ALL OF SOUTH FLORIDA • OVER 100 TRUCKS
DAY & NIGHT • OVER 250,000 SATISFIED CUSTOMERS

**FREE ESTIMATES/SECOND OPINION**

Palm Beach: 561.433.2197   Broward: 954.570.6232
Martin Co: 772.546.0889   Indian River: 772.567.9852

www.AZTILAC.com   Licensed & Insured • CACO #49253

**Now Hiring All Positions!**

**FINANCING • NO INTEREST • NO PAYMENTS**