UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale)

Case No. 10-CV-60581-FAM

AROUND THE CLOCK A/C SERVICE, LLC
d/b/a AIR AROUND THE CLOCK,

    Plaintiff,

v.

AZTIL, INC., a Florida corporation d/b/a
AZTIL AIR CONDITIONING, and
GAYLE LIONELLI, an individual,

    Defendants.
_____/

**DEFENDANTS' MOTION TO COMPEL
PLAINTIFF'S DISCLOSURES UNDER RULE 26(a)(1)
AND INCORPORATED MEMORANDUM OF LAW**

    The Defendants, Aztil, Inc. and Gayle Lionelli (collectively, "Aztil"), pursuant to Federal Rule of Civil Procedure 37(a) and this court's Local Rule 26.1(h), hereby move the court for the entry of an order compelling the Plaintiff, Air Around the Clock A/C Service, LLC ("Air Around the Clock"), to serve its mandatory initial disclosures under Federal Rule of Civil Procedure 26(a)(1), and as grounds therefor state:

    1.    On July 1, 2010, the parties, by and through their attorneys, conferred pursuant to Federal Rules of Civil Procedure 16(b) and 26(f) and this court's Local Rule 16.1(b).

    2.    On July 15, 2010, the parties filed their Joint Discovery Plan and Joint Conference Report.

3.     Pursuant to Federal Rule of Civil Procedure 26(a)(1) *and* the parties' Joint Discovery Plan and Joint Conference Report, Air Around the Clock was required to serve its mandatory initial disclosures by July 15, 2010.

4.     As of the date of filing of this motion, Air Around the Clock has failed to serve its mandatory initial disclosures, notwithstanding Aztil's undersigned attorneys' good faith efforts to obtain same.

5.     As a result, Aztil is entitled to the entry of an order compelling Air Around the Clock to serve its mandatory initial disclosures under Federal Rule of Civil Procedure 26(a)(1).

6.     Moreover, pursuant to Federal Rules of Civil Procedure 37(a)(3)(A) and 37(a)(5), Aztil is entitled to the entry of an order sanctioning Air Around the Clock based on its failure to timely serve its mandatory initial disclosures, including payment of Aztil's reasonable attorneys' fees and costs it incurred in bringing this motion.

WHEREFORE, Aztil respectfully requests that the court enter an order compelling Air Around the Clock to serve its mandatory initial disclosures under Federal Rule of Civil Procedure 26(a)(1), sanctioning Air Around the Clock based on its failure to timely serve same and granting such other and further relief as the court deems just and proper.

### *CERTIFICATE OF GOOD FAITH CONFERENCE*

Pursuant to Federal Rule of Civil Procedure 37(a)(1) and this court's Local Rule 7.1(a)(3), Aztil's undersigned attorneys certify they have conferred with Air Around the Clock's attorneys in a good faith effort to resolve the issues raised in this motion and to obtain the requested disclosures without court action, but have been unable to do so.

4819-6283-9815.1
40286/0004 SSIMON

Date:   August 11, 2010  

Respectfully submitted,

BROAD AND CASSEL
*Attorneys for the Defendants*
One North Clematis Street, Suite 500
West Palm Beach, FL  33401
561-832-3300 (Phone)
561-655-1109 (Fax)

By: /s/ Ronald M. Gaché, Esq.
   Ronald M. Gaché, Esq.
   Florida Bar No. 699306
   rgache@broadandcassel.com
   Scott A. Simon, Esq.
   Florida Bar No. 0088676
   ssimon@broadandcassel.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by either electronic delivery or U.S. mail on August 11, 2010 on all counsel or parties of record on the following service list.

By: /s/ Ronald M. Gaché, Esq.
   Ronald M. Gaché, Esq.

## SERVICE LIST

### Case No. 10-CV-60581-FAM

**Miriam Richter, Esq.**
mrichter@richtertrademarks.com
MIRIAM RICHTER, ATTORNEY AT LAW, P.L.
*Attorneys for Plaintiff*
600 South Andrews Avenue, Suite 406
Fort Lauderdale, FL 33301
954-463-4592 (phone)
954-527-7997 (fax)

**Adam Ira Skolnik, Esq.**
adamskolnikesq@aol.com
ADAM I. SKOLNIK, P.A.
*Attorneys for Plaintiff*
P.O. Box 670583
Coral Springs, FL 33067
561-265-1120 (phone)
561-265-1828 (fax)

**Ronald M. Gaché, Esq.**
rgache@broadandcassel.com
**Scott A. Simon, Esq.**
ssimon@broadandcassel.com
BROAD AND CASSEL
*Attorneys for Defendants*
One North Clematis Street, Suite 500
West Palm Beach, FL 33401
561-832-3300 (phone)
561-655-1109 (fax)

**Alejandro J. Fernandez, Esq.**
afernandez@broadandcassel.com
BROAD AND CASSEL
*Attorneys for Defendants*
*(Pro Hac Vice)*
100 North Tampa Street, Suite 3500
Tampa, FL 33602
813-225-3020 (phone)