UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-60581-CIV-MORENO**

AROUND THE CLOCK A/C SERVICE, LLC
d/b/a AIR AROUND THE CLOCK,

    Plaintiff,

vs.

AZTIL, INC. d/b/a AZTIL AIR CONDITIONING, a Florida corporation, and GAYLE LIONELLI, an individual,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Mediation Report (**D.E. No. 23**). It is

ADJUDGED that in light of the parties settling this action this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction to enforce the terms of the settlement agreement if it is filed in its entirety by **January 7, 2011**. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of December, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record