10-60581 CV FAM

# DOCUMENT RETURNED

# PURSUANT TO COURT ORDER

# DOCKET ENTRY NUMBER  29